# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 69 MAL 2016

                       :

           Respondent   :   Petition for Allowance of Appeal from
                       :   the Order of the Superior Court

                       :

            v.            :

                       :

                       :

JAMES MICHAEL FLINT,     :

                       :

          Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.